# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149338

RALEEM-X,

      Plaintiff-Appellant,

v

                                      SC: 149338
                                        CoA: 320909

PATRICIA CARUSO,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to provide to the Court a certified copy of institutional account as required by MCL 600.2963 (1), the Clerk of the Court is hereby directed to close this file.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2014



jam

                                  Clerk